

### OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Mr. Donald E. Tracy
County Auditor
Winkler County
Kermit, Texas

Dear Sir:

Opinion No. 0-7372
Re: Can the County of Winkler legally
pay the expenses of traveling and
registration for two firemen who
went to the Firemen's Course which
was given at Texas A. & M. College
during the month of July?

We have your letter of August 20, 1946, requesting the opinion of this department on the above stated question. We quote from your letter as follows:

"Can the County legally pay the expenses of traveling and registration for two firemen who went to the Firemen's Course which was given at Texas A. & M. College during the month of July.

"The County owns a fire truck and has appropriated in its budget a lump sum for the fire department. The County also allows the fire department a monthly payment in the amount of $20.00 for one man."

We have carefully considered the above question and fail to find any statute or other authority authorizing the expenditure of county monies for the purposes stated.

Therefore, we respectfully answer your question in the negative.

We are enclosing copies of our opinions Numbers 0-5733, 0-2419, 0-4483, and 0-5003, which elaborate fully the reasons

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Mr. Donald E. Tracy, page 2

for inhibiting expenditures of county funds in this instance
and similar cases.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Joe McCausland
Assistant

APPROVED SEP 1948

JMcC:AM

ENCLOSURES


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN